1 LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
2 JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
3 COSTA MESA, CA 92627
Telephone: (949) 722-0055
4 Fax: (949) 722-8416

5 Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 10-2311 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| TANYA R. FEALINGS, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Tanya R. Fealings, in the principal amount of $2,654.13 plus interest accrued to March 18, 2010, in the sum of $4,694.58; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$7,348.71**.

DATED: 4/12/2010         By: TERRY NAFISI
                             Clerk of the Court


                             L. RAYFORD
                             Deputy Clerk
                             United States District Court